No. 57,634

IN THE MATTER OF GEORGE R. GOULD, JR., *Respondent.*

(694 P.2d 1304)

WHEREAS, on the 17th day of October, 1984, Arno Windscheffel, Disciplinary Administrator, filed a disciplinary complaint against George R. Gould, Jr., an attorney admitted to the practice of law in the State of Kansas; and

WHEREAS, the complaint alleged, *inter alia*, that respondent had misappropriated funds belonging to a client and utilized such funds for his own personal purposes; and

WHEREAS, respondent in his answer to the complaint admitted such allegations; and

WHEREAS, George R. Gould, Jr. notified the Clerk of the Appellate Courts and the Disciplinary Administrator that he desired to voluntarily relinquish his license and privilege to practice law in the State of Kansas; and

WHEREAS, after due consideration, the Court finds that respondent's license to practice law should be cancelled and declared void and the voluntary relinquishment of his right to practice law be accepted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that George R. Gould, Jr. be and he is hereby disbarred from the practice of law in the State of Kansas and the privilege and license of George R. Gould, Jr. to practice law in the State of Kansas is hereby revoked and the Clerk of the Appellate Courts is directed to strike the name of George R. Gould, Jr. from the roll of attorneys in the State of Kansas.

IT IS FURTHER ORDERED that the certificate of George R. Gould, Jr. to practice law in the State of Kansas is hereby cancelled, declared null and void and the costs of this action are assessed to the respondent.

IT IS FURTHER ORDERED that this order shall be published in the official Kansas Reports and that the Clerk shall comply with the requirements of Rule 217 (232 Kan. clxx).

BY ORDER OF THIS COURT effective the 1st day of February, 1985.